| | |
|---|---|
| 1 | PHILLIP A. TALBERT |
|   | United States Attorney |
| 2 | KIMBERLY A. SANCHEZ |
|   | Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401 |
|   | Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000 |
|   | Facsimile: (559) 497-4099 |
| 5 | Attorneys for Plaintiff |
|   | United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:17-MJ-00187 EPG |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE DETENTION HEARING; ORDER |
| v. | |
| NICHOLAS LOBKOWSKI, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Erin Snider, attorney for the defendant, that the detention hearing set for November 2, 2017 at 2:00 pm before the Honorable Barbara A. McAuliffe be continued to Friday, November 3, 2017 at 2:00 p.m. The reason for the request is because the attorney for the government has a medical appointment and upon consulting with defense counsel, learned that pretrial services could use additional time to conduct investigation related to a recommendation of release or detention.

///
///
///
///
///
///
///
///

The parties agree that pursuant to Title 18, United States Code, Section 3142(f), November 3, 2017 is within the 5 day time period for which defense can obtain a continuance and that the extra day beyond the three days the government can request is for good cause, and request the Court make such a finding.

Dated: November 2, 2017                         Respectfully submitted,

                                                PHILLIP A. TALBERT
                                                United States Attorney

                                       By    /s/ Kimberly A. Sanchez
                                                KIMBERLY A. SANCHEZ
                                                Assistant U.S. Attorney

Dated: November 2, 2017                         /s/ Erin Snider
                                                ERIN SNIDER
                                                Attorney for Defendant

## ORDER

IT IS SO ORDERED THAT the detention hearing set for November 2, 2017 at 2:00 pm before the Honorable Barbara A. McAuliffe be continued to Friday, November 3, 2017 at 2:00 p.m. Defendant shall be temporarily detained.

IT IS SO ORDERED.

Dated: **November 2, 2017**                         /s/ *Barbara A. McAuliffe*
                                                UNITED STATES MAGISTRATE JUDGE